E-FILED
Wednesday, 05 July, 2017 05:00:41 PM
Clerk, U.S. District Court, ILCD

# Exhibit 1

```
 1          IN THE UNITED STATES DISTRICT COURT
          FOR THE CENTRAL DISTRICT OF ILLINOIS
 2
    U.S. EQUAL EMPLOYMENT
 3  OPPORTUNITY COMMISSION,

 4         Plaintiff,           No. 16-CV-2222

 5    vs.

 6  RENT-A-CENTER EAST, INC.,

 7         Defendant.

 8

 9

10

11

12

13         The videotaped deposition of MEGAN VANNA,

14  called for examination pursuant to the Rules of

15  Civil Procedure for the United States District

16  Courts pertaining to the taking of depositions,

17  taken before CHERYL L. SANDECKI, Certified

18  Shorthand Reporter for the State of Illinois, at

19  321 North Clark Street, Chicago, Illinois, on

20  January 17, 2017, at the hour of 9:00 a.m.

21

22  REPORTED BY:  CHERYL L. SANDECKI, CSR, RPR
    LICENSE NO.:  084-03710
23  JOB NO.:  548721

24
```

1    THE VIDEOGRAPHER: The certified court
2  reporter is Cheryl Sandecki. Please swear in
3  the witness.
4    THE COURT REPORTER: Please raise your right
5  hand.
6            (Witness administered an oath.)
7            MEGAN VANNA,
8  having been first administered an oath, was
9  examined and testified as follows:
10                  EXAMINATION
11 BY MR. TRUSEVICH:
12    Q.   Good morning, Ms. Vanna. How are you?
13    A.   I'm good.
14    Q.   My name is Andy Trusevich and I
15 represent Rent-A-Center in the action brought by
16 the EEOC. Do you understand that?
17    A.   Yes.
18    Q.   And you and I have never met before or
19 talked before, have we?
20    A.   Correct.
21    Q.   And I don't believe you have talked or
22 met with Mr. Spalding before either?
23    A.   No, sir.
24    Q.   And have you ever given a deposition

Megan Vanna
January 17, 2017                                      152

1    A.   Okay.
2    Q.   I didn't write them, right?  Right?
3    A.   Right.
4    Q.   Jason Morris didn't write them, right?
5    A.   Correct.
6    Q.   The EEOC didn't write these, right?
7    A.   Correct.
8    Q.   You wrote them?
9    A.   Correct.
10   Q.   All right.  So then you have store
11 manager Rent-A-Center 2005 to 2014.  Do you see
12 that?
13   A.   Correct.
14   Q.   All right.  Then you list your
15 education certificate EMT from Denison County
16 College.  Do you see that?
17   A.   Correct.
18   Q.   All right.  And what is that?
19   A.   Emergency medical technician.
20   Q.   All right.  So you are a certified EMT;
21 is that correct?
22   A.   Correct.
23   Q.   All right.  Then if you go to EEOC 290,
24 you see under "Military Service."

1       THE WITNESS:  Not officially, no.
2  BY MR. TRUSEVICH:
3       Q.   Franchisee at Enzo's, '94 to '96.  Do
4  you see that?
5       A.   Yes.
6       Q.   Okay.  Then it says under education,
7  Moraine Valley Community College, bachelor of
8  arts, BA, grade 4.0.  Do you see that?
9       A.   Yes.
10      Q.   You do not have a BA degree?
11      MR. SHULTZ:  Objection.  Foundation.
12      THE WITNESS:  I do not.  It is just something
13 I was working on.
14 BY MR. TRUSEVICH:
15      Q.   Let's go to 310.  And, by the way, you
16 don't have any objection with us asking for your
17 military records about that E -- to corroborate
18 that you were ever an E6?  You have no objection
19 to that, do you?
20      MR. SHULTZ:  Objection.  Form.
21      THE WITNESS:  I do, actually.
22 BY MR. TRUSEVICH:
23      Q.   What would your objection be?
24      MR. SHULTZ:  Objection.

```
 1        A.    I ETS'd.
 2        Q.    Well, if you left as and E6,
 3   wouldn't --
 4        A.    I didn't leave as an E6, I left as an
 5   E4.
 6        Q.    Right.
 7        A.    The field promotions, like you stated,
 8   didn't have any benefits with them.  I simply
 9   filled a hole.
10        Q.    And that's your testimony, correct?
11        A.    Yes.
12        Q.    Let's look at next what you got in the
13   military, according to your resumé, Army Service
14   Ribbon, right?  Do you see that?
15        A.    Yes.
16        Q.    A combat service ribbon; do you see
17   that?
18        A.    That was misstated.
19        Q.    You never got a combat service ribbon,
20   did you?
21        A.    No.
22        Q.    In fact, you never got a meritorious
23   service ribbon either, did you?
24        A.    No, I did not.
```

1       MR. SHULTZ:  Objection.  Form and foundation.
2       THE WITNESS:  I do understand.
3  BY MR. TRUSEVICH:
4       Q.   All right.  And part of that is, were
5  you, Megan, reasonable in trying to find other
6  employment.  Do you understand that?
7       A.   I understand.
8       Q.   Because it would be unfair if somebody
9  sued Rent-A-Center and just didn't take -- get
10 in a job seriously and just sat unemployed to
11 get back wages.  You would agree that that would
12 be unfair?
13      A.   Correct?
14      MR. SHULTZ:  Objection.  Form.
15 BY MR. TRUSEVICH:
16      Q.   And you took your job searches
17 seriously, according to you, correct?
18      A.   Yes.
19      Q.   And you agree with the old adage that
20 you only have one time to make a first
21 impression, correct?
22      MR. SHULTZ:  Objection.  Form.
23 BY MR. TRUSEVICH:
24      Q.   You've heard of that?

1       Q.   All right.  Under profile, it says
2   "Megan Lynn Vanna."  And this is one of the
3   resumés that you submitted for employment after
4   you left Rent-A-Center, correct?
5       A.   Yes.
6       Q.   Then it says "extremely."  You would
7   agree with me, looking at it now, that that's
8   misspelled, correct?
9       MR. SHULTZ:  Objection.  Form.
10      THE WITNESS:  Okay.  I'm not sure what my
11  misspelling has to do with anything.
12  BY MR. TRUSEVICH:
13      Q.   This is your resumé that you put out
14  for employment, correct?
15      A.   Yes.
16      Q.   The EEOC is suing us for trying to get
17  back wages saying, look, she tried to get
18  employment; if she couldn't get employment, you
19  are liable for her back wages.  Okay?
20      A.   Okay.
21      Q.   So I'm asking you:  You sent this
22  resumé out to prospective employers, correct?
23      A.   Correct.
24      Q.   All right.  So would you agree with me

1  that in the first part of that "extremely"
2  "orientated" and "professional," those are all
3  misspelled, correct?
4      MR. SHULTZ:  Objection to form.  And this is
5  argumentative.  And I'm not sure what purpose
6  this serves under Rule 26(C).
7      MR. TRUSEVICH:  Well, then drop your claim
8  for back wages and I will close the book.
9      MR. SHULTZ:  I'm just noting that this is
10 approaching the line of harassing and
11 embarrassing.  It says what it says.
12     MR. TRUSEVICH:  If you want to -- if you want
13 to stipulate all of the misspellings, I will be
14 glad to do that.
15     MR. SHULTZ:  I made my objection.
16     MR. TRUSEVICH:  All right.  Let's continue
17 then.
18 BY MR. TRUSEVICH:
19     Q.   You would agree that "extremely" --
20 and, again, this isn't to embarrass you.  We all
21 can make spelling errors.
22          But would you agree with me that
23 "extremely oriented professional" is misspelled
24 on the first page; do you see that?

```
 1            IN THE UNITED STATES DISTRICT COURT
          FOR THE CENTRAL DISTRICT OF ILLINOIS
 2
    U.S. EQUAL EMPLOYMENT
 3  OPPORTUNITY COMMISSION,

 4          Plaintiff,
                                    No. 16-CV-2222
 5     vs.

 6  RENT-A-CENTER EAST, INC.,

 7          Defendant.

 8

 9

10

11       I, MEGAN VANNA, being first administered an

12  oath, say that I am the deponent in the aforesaid

13  deposition taken on January 17, 2017; that I have

14  read the foregoing transcript of my deposition,

15  and affix my signature to same.

16

17                    MEGAN VANNA

18
    Subscribed and sworn to
19  before me this          day
    of                   , 2017.
20

21

22  Notary Public

23

24
```

| | |
|---|---|
| 1 | STATE OF ILLINOIS    ) |
| | ) SS: |
| 2 | COUNTY OF COOK    ) |

        I, CHERYL L. SANDECKI, a Certified Shorthand Reporter within and for the State of Illinois, do hereby certify that heretofore, to-wit, on January 17, 2017, personally appeared before me, at 321 North Clark Street, Chicago, Illinois, MEGAN VANNA, in a cause now pending and undetermined in the United States District Court, wherein U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION is the Plaintiff, and RENT-A-CENTER EAST, INC., is the Defendant.

        I further certify that the said MEGAN VANNA was first administered an oath to testify the truth, the whole truth and nothing but the truth in the cause aforesaid; that the testimony then given by said witness was reported stenographically by me in the presence of the said witness, and afterwards reduced to typewriting by Computer-Aided Transcription, and the foregoing is a true and correct transcript of the testimony so given by said witness as aforesaid.

        I further certify that the signature to the

1   foregoing deposition was reserved by counsel for
2   the respective parties and that there were present
3   at the deposition the attorneys hereinbefore
4   mentioned.
5           I further certify that I am not counsel for
6   nor in any way related to the parties to this
7   suit, nor am I in any way interested in the
8   outcome thereof.
9           IN TESTIMONY WHEREOF:  I certify to the
10  above facts this 26th day of January, 2017.
11
12
13
14              *Cheryl L. Sandecki* (signature)
15
16  _____
    CHERYL L. SANDECKI, CSR, RPR
17  LICENSE NO.:  084-03710
18
19
20
21
22
23
24