E-FILED
Wednesday, 05 July, 2017   05:00:43 PM
Clerk, U.S. District Court, ILCD

# Exhibit 10

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> RENT-A-CENTER EAST, INC., <br><br> Defendant. | No. 16-CV-2222 <br><br> Judge Colin Stirling Bruce <br><br> Magistrate Judge Eric I. Long |

### DECLARATION OF STEPHANIE J. QUINCY

I, Stephanie J. Quincy, hereby depose and state as follows:

1. I am over the age of 18 and am otherwise competent to testify to the facts set forth in this Declaration. I am an attorney with Quarles & Brady LLP, and represent the Defendant, Rent-A-Center East, Inc. ("RAC"), in the above-captioned matter. As such, I have personal knowledge of the facts set forth below and make this Declaration in support of Defendant's Motion for Summary Judgment.

2. Attached as Exhibits 1-2, 4-7, and 9 to RAC's Response to Plaintiff's Motion for Partial Summary Judgment are true and correct excerpts from deposition testimony taken in this action, and true and correct copies of discovery pleadings served by Plaintiff and other documents which have been produced by third parties in this action. Specifically, the exhibits attached are as follows:

Exhibit 1   Excerpts from the deposition transcript of Megan Vanna (Kerr), dated January 17, 2017;

Exhibit 2   Orders and Notices from the Sixth Judicial Circuit Court of Champaign County, Illinois;

| | |
|---|---|
| Exhibit 4 | Excerpts from records produced by Moraine Valley Community College concerning Megan Kerr; |
| Exhibit 5 | Excerpts from records produced by Grayson College concerning Megan Kerr; |
| Exhibit 6 | Excerpts from records produced by the U.S. Military concerning Megan Kerr; |
| Exhibit 7 | Excerpts from the deposition transcript of Calvin Davis, dated June 16, 2017; |
| Exhibit 9 | Excerpts from Plaintiff's Response to Defendant's First Set of Interrogatories to Plaintiff, dated October 21, 2016. |

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED this 5th day of July, 2017.

_____
Stephanie J. Quincy